E-Filed

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 12-5199-GHK (PLAx) | Date | November 30, 2012 |
|---|---|---|---|
| Title | *David Majuri, et al. v. The Bank of New York Mellon, et al.* | | |

| Presiding: The Honorable | GEORGE H. KING, CHIEF U.S. DISTRICT JUDGE |
|---|---|

| Beatrice Herrera | N/A | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:**   **(In Chambers) Order re:** Declaration of Penelope P. Bergman (Dkt. No. 25)

On November 21, 2012, we granted Bergman & Gutierrez LLP's ("Bergman & Gutierrez") Motion to Withdraw as Counsel of Record for Plaintiffs, on the condition that Bergman & Gutierrez file proof of service of the November 21, 2012 Order on Plaintiffs *and* "file with the Court Plaintiffs' last known addresses and telephone numbers to enable opposing counsel and the Court to communicate with Plaintiffs while they are proceeding in *pro per*." (Dkt. No. 24). On November 26, 2012, Penelope P. Bergman, on behalf of Bergman & Gutierrez, filed a declaration stating only that Plaintiffs were sent "a copy of the November 21, 2012 Minute Order via email and U.S. Mail" and "a copy of the October 30, 2012 Minute Order containing Scheduling Dates." (Bergman Decl. ¶¶ 2, 3). The declaration fails to specify the address to which the Orders were sent and fails to inform us of Plaintiffs' last known addresses and telephone numbers, as required by our November 21, 2012 Order. Bergman & Gutierrez is hereby **DIRECTED** to re-file a proof of service that fully complies with our November 21, 2012 Order **within seven (7) days hereof**, or show cause in writing within the same seven days why it should not be sanctioned for its failure to comply with our order.

**IT IS SO ORDERED.**

|  | -- | : | -- |
|---|---|---|---|
|  | Initials of Deputy Clerk | | Bea |