JS - 6

FILED: 5/2/2013

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| *David Majuri, et al.*, | CASE NO. CV 12-5199-GHK (MANx) |
| Plaintiffs, | JUDGMENT |
| v. | |
| *The Bank of New York Mellon, as Trustee for the Certificate Holders CWABS, Inc., Asset-Backed Certificates, Series 2005-IM3*, | |
| Defendant. | |

Pursuant to the Court's May 2, 2013 Order, IT IS HEREBY ADJUDGED that Plaintiffs David Majuri and Maxim Duncan's ("Plaintiffs") claims against Defendant The Bank of New York Mellon, as Trustee for the Certificate Holders CWABS, Inc., Asset-Backed Certificates, Series 2005-IM3, are **DISMISSED with prejudice.** **IT IS SO ORDERED**.

DATED: May 2, 2013

_____
GEORGE H. KING
Chief United States District Judge